**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SIMS,                    ) | NO. CV 11-5312 SS |
|                              ) | |
|          Plaintiff,      ) | |
|                              ) | |
|          v.                  ) | **JUDGMENT** |
|                              ) | |
| MICHAEL J. ASTRUE,           ) | |
| Commissioner of the Social   ) | |
| Security Administration,     ) | |
|                              ) | |
|          Defendant.      ) | |
|                              ) | |

     IT IS ADJUDGED that the decision of the Commissioner is REVERSED
and that the above-captioned action is REMANDED for further proceedings
consistent with the Court's Memorandum Order and Decision.


DATED: May 23, 2012.

                              _____/S/_____
                              SUZANNE H. SEGAL
                              UNITED STATES MAGISTRATE JUDGE