**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN SIMS,<br><br>           Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>           Defendant. | NO. CV 11-5312 SS<br><br><br><br>**JUDGMENT** |

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with the Court's Memorandum Order and Decision.

DATED: May 23, 2012.

                                                          _____/S/_____<br>
                                                          SUZANNE H. SEGAL<br>
                                                          UNITED STATES MAGISTRATE JUDGE